IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSSISSIPI
NORTHERN DIVISION

**ALVIN S. CARTER**                                                       **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:22-CV-645-HTW-LGI**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**             **DEFENDANT**

## ORDER

Before this court is a Motion to Dismiss [Docket No. 3], filed by pro se Plaintiff, Alvin S. Carter. Plaintiff's Motion, filed on January 5, 2023, is a one page unsigned document, whereby the Plaintiff seemingly seeks to dismiss the present lawsuit. On March 29, 2023, United States Magistrate Judge LaKeysha Greer Isaac advised the Plaintiff to correct his submission by placing his original signature on page 1 [Docket No. 4]. To date, Plaintiff has not filed a corrected version of his Motion.

This court notes that eight (8) months have passed since Plaintiff's original Motion to Dismiss his suit. Further, more than five (5) months have passed since the Magistrate Judge's Order directing Plaintiff to cure the deficiency. This court, at this juncture, finds that Plaintiff has abandoned this matter, and his Complaint [Docket No. 1] must be dismissed without prejudice. Plaintiff's Motion to Dismiss, accordingly is hereby dismissed as moot. Plaintiff may refile his suit under the proper Federal Rules of Civil Procedure, should he choose to do so.

**SO ORDERED this the 28th day of September, 2023.**

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**